IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PATRICIA ANN M.,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | **Case No. 2:20-cv-5502** <br><br> **Judge James L. Graham** <br><br> **Magistrate Judge Kimberly A. Jolson** |

## ORDER

This matter is before the Court for consideration of the January 11, 2022, Report and Recommendation of Magistrate Judge Jolson to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 29.) Magistrate Judge Jolson recommended that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner of Social Security's decision. (*Id.*) The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.* at 1016.) The deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

The Court agrees with Magistrate Judge Jolson's Report and Recommendation (ECF No. 29), and it is hereby **ADOPTED**. Plaintiff's Statement of Errors is therefore **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. Accordingly, this action is **DISMISSED**.

The Clerk is hereby directed to enter final judgment in this case.

**IT IS SO ORDERED**.

                                              /s/ James L. Graham
                                              JAMES L. GRAHAM
                                              United States District Judge

DATE: January 31, 2022